Jonathan D. Weiss, SBN 280803
jweiss@hwangweiss.com
LAW OFFICES OF HWANG & WEISS, P.C.
99 S. Lake Ave., Suite 201
Pasadena, CA 91101
Telephone (626) 441-2383
Facsimile (626) 441-2293

Attorney for Plaintiff Craig Scott Muhlrad

Joseph M. Montes (SBN 172389)
E-mail: jmontes@bwslaw.com
CITY ATTORNEY, CITY OF MARINO, and
BURKE, WILLIAMS & SORENSEN, LLP
Stephen A. McEwen (SBN 186512)
E-mail: smcewen@bwslaw.com
Brian S. Ginter (SBN 265786)
E-Mail: bginter@bwslaw.com
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600     Fax:  213.236.2700

Attorneys for Defendant CITY OF SAN MARINO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Craig Scott Muhlrad;<br><br>Plaintiff,<br><br>v.<br><br>The City of San Marino, California;<br><br>Defendant. | Case No: 2:21-cv-05491-JAK-JPR<br><br>**JOINT STATEMENT**<br><br>Hon. John A. Kronstadt<br>United States District Judge<br><br>Complaint Filed: July 7, 2021 |

1
_____
Joint Statement

Pursuant to the Court's March 21, 2022 (Dkt. 22) order, Plaintiff Craig Scott Muhlrad ("Muhlrad") and Defendant the City of San Marino, California, ("the City") through undersigned counsel, hereby submit this joint statement with respect to why the Parties will be unable to dismiss causes of action three and four by April 11, 2022.

The Agreement reached by the Parties is contingent on the City Council amending the portions of the San Marino Municipal Code that are challenged in causes of action three and four of Muhlrad's complaint.  At its meeting on March 25, 2022, the City Council introduced for first reading an ordinance that amends the challenged provisions of the Municipal Code.  The ordinance must be adopted following a second reading to become law.  The Parties anticipate that the second reading will take place at the regular City Council meeting on April 13, 2022.  The Parties will file the dismissal of causes of action three and four shortly thereafter.

Dated: April 1, 2022

By: /s/ Jonathan D. Weiss, Esq.
Jonathan D. Weiss, Esq.
Attorney for Craig Scott Muhlrad

Dated:  April 6, 2022

CITY ATTORNEY CITY OF SAN MARINO, and
BURKE, WILLIAMS & SORENSEN, LLP

By: [signature]
Stephen A. McEwen
Attorneys for Defendant
CITY OF SAN MARINO