# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SCOTT MUHLRAD,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN MARINO, CALIFORNIA;<br><br>Defendant. | No. 21-CV-05491-JAK (JPRx)<br><br>**ORDER RE JOINT REQUEST TO CONTINUE HEARING DATES ON PENDING MOTIONS (DKT. 108)** |

Based on a review of the Joint Request to Continue hearing Dates on Pending Motions (the "Request" (Dkt. 108)), sufficient good cause has been shown for the requested relief. Therefore, the Request is **APPROVED**.

The following deadlines shall apply to any post-trial motions in this matter:

    a. March 1, 2024: Plaintiff's deadline to file motions

    b. March 15, 2024: Defendant's deadline to file oppositions

    c. March 22, 2024: Plaintiff's deadline to file replies

    d. April 8, 2024: Hearing on motions

**IT IS SO ORDERED.**

Dated: February 1, 2024

John A. Kronstadt
United States District Judge